Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Jesus Sosa

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA, | No. 1:10-CV-01494-OWW-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| BRIDGE STORE INC., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Jesus Sosa and Defendants Bridge Store, Inc. dba Bridge Store, and Nishimoto Company, Inc., the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: May 20, 2011                                MOORE LAW FIRM, P.C.

                                                  /s/ Tanya E. Moore
                                                  Tanya E. Moore
                                                  Attorney for Plaintiff Jesus Sosa


Date: May 20, 2011                                /s/ Steven A. Geringer
                                                  Steven A. Geringer, Attorney for
                                                  Defendants Bridge Store, Inc. and
                                                  Nishimoto Company, Inc.

*Sosa v. Bridge Store, Inc., et al.*
Stipulation for Dismissal; Order

Page 1

**<u>ORDER</u>**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **May 20, 2011**                                    **/s/ Oliver W. Wanger**
                                                                        UNITED STATES DISTRICT JUDGE

*Sosa v. Bridge Store, Inc., et al.*
Stipulation for Dismissal; Order